# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1009
_____

VEDRICK L. SYMONETTE,

    Appellant,

    v.

JIMMY PATRONIS, Chief
Financial Officer Department of
Legal Affairs,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

October 16, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Vedrick L. Symonette, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Mykhaylo Vsevolodskyy, Assistant Attorney General, Jacksonville, for Appellee.